# 22-15293

IN THE

# United States Court of Appeals

FOR THE NINTH CIRCUIT

⯈⯇

ALEXIS HUNLEY and MATTHEW SCOTT BRAUER, Individually
and On Behalf of All Others Similarly Situated,

*Plaintiffs-Appellants,*

*v.*

INSTAGRAM, LLC,

*Defendant-Appellee.*

———————

*Appeal From the United States District Court
for the Northern District of California
In In re* Emulex Corporation Securities Litigation*,
Case No.21-cv-03778-CRB, Judge The Honorable Charles R. Breyer*

**UPDATED CORPORATE DISCLOSURE STATEMENT
FOR *AMICI CURIAE* GOOGLE LLC, PINTEREST, INC.,
TWITTER, INC.,
AND THE WIKIMEDIA FOUNDATION, INC.**

Rebecca Tushnet
LEX LUMINA PLLC
*Attorneys for* Amici Curiae
   *Google LLC, Pinterest, Inc.,*
   *Twitter, Inc., and The Wikimedia*
   *Foundation, Inc.*
745 Fifth Avenue, Suite 500
New York, New York 10151
646-898-2055
rtushnet@lex-lumina.com

## UPDATED CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO F.R.A.P. 26.1

Pursuant to FRAP 26.1, counsel for Google LLC certifies Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to FRAP 26.1, counsel for Pinterest, Inc. certifies Pinterest, Inc. has no parent corporation and no publicly held corporation owns 10% or more of Pinterest's stock.

Pursuant to FRAP 26.1, counsel for Twitter, Inc. certifies Twitter, Inc. is a privately held company, and its parent corporation is X Holdings I, Inc. No publicly held corporation owns 10 percent or more of Twitter, Inc.

Pursuant to FRAP 26.1, counsel for The Wikimedia Foundation, Inc. certifies The Wikimedia Foundation, Inc. is a non-profit organization with no parent corporation. No publicly held corporation owns 10% or more of its stock or other interest in the organization.

Dated: January 4, 2023

        \s\ Rebecca Tushnet
        Rebecca Tushnet, Esq.
        LEX LUMINA PLLC
        *Attorneys for Amici Curiae*
          *Google LLC, Pinterest, Inc.,*
          *Twitter, Inc. and The Wikimedia*
          *Foundation, Inc.*
        745 Fifth Avenue, Suite 500
        New York, New York 10151
        646-898-2055
        rtushnet@lex-lumina.com