UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ALEXIS HUNLEY; MATTHEW SCOTT BRAUER, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs-Appellants,

v.

INSTAGRAM, LLC,

Defendant-Appellee.

No. 22-15293

D.C. No. 3:21-cv-03778-CRB
Northern District of California,
San Francisco

ORDER

Before: BYBEE and BUMATAY, Circuit Judges, and BENNETT,* District Judge.

The panel has voted to deny the Petition for Rehearing En Banc. Judge Bumatay has voted to deny the Petition for Rehearing En Banc, and Judge Bybee and Judge Bennett recommend denying the Petition. The full court has been advised of the Petition, and no judge of the court has requested a vote. Plaintiffs-Appellants' Petition for Rehearing En Banc, filed August 28, 2023, is **DENIED.**

* The Honorable Richard D. Bennett, United States District Judge for the District of Maryland, sitting by designation.